PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Claude Lamont Williams                                              Cr.: 04-CR-538

Name of Sentencing Judicial Officer: William H. Walls (Leonie M. Brinkema, ED/VA, 99-CR-392-A)

Date of Original Sentence: 01-21-00

Original Offense: Conspiracy to Distribute 50 Grams or More of Crack Cocaine

Original Sentence:    120 months custody; 60 months supervised release. Sentenced modified by judicial order on 02-16-01 to 60 months imprisonment pursuant to a government motion.

Type of Supervision: Supervised Release                      Date Supervision Commenced: 12-02-03

Assistant U.S. Attorney: Undesignated                         Defense Attorney: Undesignated

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>As outlined under Superior Court of New Jersey (Passaic County) Accusation # 05-04-0481A, on July 7, 2004, in the Borough of Prospect Park, the offender threatened to kill Andrea Cummings with the purpose of putting her in imminent fear of death, contrary to NJSA 2C: 12-3b (a third degree offense). Count Two charges that on March 16, 2005, in the City of Paterson, the offender knowingly violated a final restraining order (FV-16-002828-04), specifically by having physical contact with Andrea Cummings, contrary to the provisions of NJSA 2C: 29-9b (a fourth degree offense). |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>As outlined under Superior Court of New Jersey (Passaic County) Accusation # 05-04-0517A, on November 10, 2004, in the City of Paterson, the offender knowingly or intentionally possessed heroin with intent to distribute same, within 1,000 feet of Public School #8, contrary to the provisions of NJSA 2C: 35-7 (a third degree offense). |

PROB 12C - Page 2
Claude Lamont Williams

3 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

As outlined under Superior Court of New Jersey (Passaic County) Accusation # 05-04-0516A, on January 30, 2005, in the Boro of North Haledon, the offender knowingly or intentionally distributed heroin, contrary to the provisions of NJSA 2C: 35-5b(3), a third degree offense. Count Two charges that on January 30, 2005, the offender knowingly or intentionally hindered his own apprehension by providing false information to a law enforcement officer, contrary to the provisions of NJSA 2C: 29-3b (a fourth degree offense).

I declare under penalty of perjury that the foregoing is true and correct.

By: Albert J. Flores
U.S. Probation Officer
Date: 08/30/05

---

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 14/N/05
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date